James CONNOLLY et al., Petitioners-Appellees, v. George Z. MEDALIE, U. S. Attorney, etc., Respondent-Appellant.

No. 201.

Circuit Court of Appeals, Second Circuit.

Dec. 5, 1932.

George Z. Medalie, U. S. Atty., of New York City (Ulysses S. Grant, Asst. U. S. Atty., of New York City, of counsel), for appellant.

Sanford H. Cohen, of New York City, for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.